# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN JONES, derivatively on behalf of LANTHEUS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN A. MARKISON, MARY ANNE HEINO, MINNIE BAYLOR-HENRY, GÉRARD BER, JULIE EASTLAND, SAMUEL LENO, HEINZ MÄUSLI, JULIE MCHUGH, PHUONG KHANH MORROW, GARY J. PRUDEN, JAMES H. THRALL, PAUL M. BLANCHFIELD, ROBERT J. MARSHALL, and AMANDA MORGAN, <br><br> Defendants, <br><br> -and- <br><br> LANTHEUS HOLDINGS, INC., a Massachusetts Corporation, <br><br> Nominal Defendant. | Civil Action No. 1:25-cv-09059 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Brian Jones ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 5, 2025                                    **ROWLEY LAW PLLC**

*S/ Shane T. Rowley*
Shane T. Rowley (SR-0740)
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

*Attorneys for Plaintiff*